# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN LEADFORD, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>v.<br><br>TALLGRASS ENERGY PARTNERS, LP, DAVID G. DEHAEMERS JR., WILLIAM R. MOLER, JEFFREY R. ARMSTRONG, JEFFREY A. BALL, ROY N. COOK, FRANK J. LOVERRO, STANLEY DE J. OSBORNE, JOHN T. RAYMOND, AND TERRENCE D. TOWNER,<br><br>            Defendants. | Case No. 1:18-cv-00545-RGA |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff John Leadford ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-captioned matter, with prejudice as to his individual claims and without prejudice as to the claims of the putative class. Because this dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgement, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

//

//

//

//

1

| | |
|---|---|
| Dated: August 30, 2018 | Respectfully submitted, |
| | **COOCH AND TAYLOR, P.A.** |
| **MONTEVERDE & ASSOCIATES PC** | |
| Juan E. Monteverde | */s/ Blake A. Bennett* |
| Miles D. Schreiner | Blake A. Bennett (#5133) |
| The Empire State Building | The Brandywine Building |
| 350 Fifth Avenue, Suite 4405 | 1000 West Street, 10th Floor |
| New York, NY 10118 | Wilmington, DE 19801 |
| Tel.: (212) 971-1341 | Tel.: (302) 984-3800 |
| Fax: (212) 202-7880 | |
| Email: jmonteverde@monteverdelaw.com | *Attorneys for Plaintiff* |
| mschreiner@monteverdelaw.com | |
| | |
| *Attorneys for Plaintiff* | |